IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00492-REB

DANIEL P. MORALES, SR.,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the Order for Judgment and Remand entered by the Honorable Robert E. Blackburn on July 12, 2017, it is hereby

ORDERED that Defendant's Unopposed Motion for Remand to Agency is granted. It is

FURTHER ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed. It is

FURTHER ORDERED that this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). It is

FURTHER ORDERED that final judgment is hereby entered in favor of plaintiff Daniel P. Morales, Sr. and against defendant Nancy A. Berryhill in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993). It is

FURTHER ORDERED that plaintiff Daniel P. Morales, Sr. is awarded his costs to

be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado this 12th day of July, 2017.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
    Emily Buchanan, Deputy Clerk